**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ELIAS RAFAEL PEREZ ALMADO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02470-DB** |
| | § | |
| **MARY DE ANDA-YBARRA,** *El Paso* | § | |
| *Acting Field Office Director*, *et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On September 30, 2026, Petitioner Elias Rafael Perez Almado's ("Petitioner") filed a "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," ECF No. 1, and a "Motion for Temporary Restraining Order and Preliminary Injunction," ECF No. 2. Petitioner is currently detained by United States Immigration and Customs Enforcement ("ICE") at the Camp East Montana detention facility in El Paso, Texas in the Western District of Texas. ECF No. 1 at 4. Pursuant to 28 U.S.C. § 2243, "[a] court . . . entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." The Court therefore issues the briefing schedule outlined herein.

Accordingly, **IT IS HEREBY ORDERED** that Respondents **SHOW CAUSE** why such writ should not be granted by filing a response **within three (3) days** of the instant Order.[1]

**IT IS FURTHER ORDERED** that, should Petitioner wish to file a reply, Petitioner **SHALL FILE** said reply **within two (2) days** of the instant Order.

---

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

**IT IS FINALLY ORDERED** Petitioner's "Motion for Temporary Restraining Order and Preliminary Injunction," ECF No. 2, is **DENIED**.

SIGNED this 2nd day of October, 2026.

**For HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**