**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ELIAS RAFAEL PEREZ ALMADO,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-02470-DB** |
| **MARY DE ANDA-YBARRA**, *El Paso Acting Field Office Director*, *et al.*,<br>**Respondents.** | §<br>§<br>§<br>§ | |

**ORDER**

On this day, the Court considered Petitioner Elias Rafael Perez Almado's ("Petitioner") "Second Motion for Temporary Restraining Order and Preliminary Injunction" ("Motion"), ECF No. 9, filed on October 6, 2026. Therein, Petitioner asks the Court to issue an order enjoining Respondents from removing him from the United States "pending adjudication of his erroneously denied motion to reopen appeal before the Board of Immigration Appeals." *Id.* at 16. After due consideration, the Court finds the Motion should be denied.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Second Motion for Temporary Restraining Order and Preliminary Injunction," ECF No. 9, is **DENIED**.

SO ORDERED.

SIGNED this 9th day of October, 2026.

For **HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**